No. 397. CHARTER SHIPPING Co., LTD., v. BOWRING JONES & TIDY, LTD. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the

Second Circuit granted. *Mr. Cletus Keating* for petitioner. *Mr. Theodore L. Bailey* for respondent.